ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDUARDO MERCADO, | Case No.  CV 14-00041 MWF (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| RON E. BARNES, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: _____, 2014

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE